IN THE SUPREME COURT OF THE
STATE OF MONTANA

Case No. DA 21-0533

---

STAND UP MONTANA, a Montana non-profit Corporation; CLINTON DECKER; JESSICA DECKER; MARTIN NORUNNER; APRIL MARIE DAVIS; MORGEN HUNT; GABRIEL EARLE; ERICK PRATHER; BRADFORD CAMPBELL; MEAGAN CAMPBELL; AMY ORR and JARED ORR,

      Plaintiffs and Appellants,

  v.

MISSOULA COUNTY PUBLIC SCHOOLS, ELEMENTARY DISTRICT NO. 1, HIGH SCHOOL DISTRICT NO. 1, MISSOULA COUNTY, STATE OF MONTANA; TARGET RANGE SCHOOL DISTRICT NO. 23; and HELLGATE ELEMENTARY SCHOOL DISTRICT NO. 4,

      Defendants and Appellees,

---

STAND UP MONTANA, a Montana non-profit corporation; JASMINE ALBERINO, TIMOTHY ALBERINO, VICTORIA BENTLEY, DAVID DICKEY, WESLEY GILBERT, KATIE GILBERT, KIERSTEN GLOVER, RICHARD JORGENSON, STEPHEN PRUIETT, LINDSEY PRUIETT, ANGELA MARSHALL, SEAN LITTLEJOHN, and KENTON SAWDY,

      Plaintiffs and Appellants,

  v.

BOZEMAN SCHOOL DISTRICT NO. 7, MONFORTON SCHOOL

DISTRICT NO. 27, and BIG SKY SCHOOL DISTRICT NO. 72,

Defendants and Appellees.

On Appeal from the Montana Fourth Judicial District Court
Missoula County, Cause No. DV-21-1031
Before Hon. Jason Marks

On Appeal from the Montana Eighteenth Judicial District Court
Gallatin County, Cause No. DV-21-975B
Before Hon. Rienne H. McElyea

*ORDER GRANTING MONTANA STATE LEGISLATORS MOTION*
*FOR LEAVE TO FILE AMICUS CURIAE*

| | |
|---|---|
| Quentin M. Rhoades<br>RHOADES & ERICKSEN, PLLC<br>430 Ryman Street<br>Missoula, Montana 59802<br>Telephone: 406-721-9700<br>qmr@montanalawyer.com<br>courtdocs@montanalawyer.com<br>*For Appellants* | Elizabeth A. Kaleva<br>Kevin A. Twidwell<br>Elizabeth A. O'Halloran<br>KALEVA LAW OFFICES<br>1911 S. Higgins Ave.<br>P.O. Box 9312<br>Missoula, MT 59807<br>eakaleva@kalevalaw.com<br>ktwidwell@kalevalaw.com<br>boholloran@kalevalaw.com<br>*For Appellees* |
| Abby Jane Moscatel<br>BLACKTAIL LAW GROUP, PLLC<br>P.O. Box 931<br>Lakeside, MT 59922<br>Telephone: 406-318-7223<br>amoscatel@blacktaillaw.com | |

2

| *For Montana Legislators Moving to File Amicus Curiae* | |
|---|---|

Upon motion of Montana State Legislators Sen. Theresa Manzella, SD 44 (Sponsor); Sen. David Howard, SD 29; Sen. Carl Glimm, SD 02; Sen. Greg Hertz, SD 06; Sen. Steve Hinebauch, SD 18; Sen. Keith Regier, SD 03; Sen. Bob Keenan, SD 05; Sen. Cary Smith, SD 27; Rep. Matt Regier, HD 04; Rep. John Fuller, HD 08; Rep. Steven Galloway, HD 24; Rep. Steve Gunderson, HD 01; Rep. Jedediah Hinkle, HD 67; Rep. Mark Noland, HD 10; Rep. Ron Marshall, HD 87; Rep. Bob Phalen, HD 36; Rep. Amy Regier, HD 06; Rep. Kerri Seekins-Crowe, HD 43; Rep. Lola Sheldon-Galloway, HD 22; Rep. Derek Skees, HD 11; Rep. Brad Tschida, HD 97; Rep. Barry Usher, HD 40; Rep. Sue Vinton, HD 56; Rep. Paul Fielder, HD 13; Rep. Becky Beard, HD 80; and Rep. Jerry Schillinger, HD 37, **and for good cause shown,**

IT IS HEREBY ORDERED that Montana State Legislators' motion is GRANTED. The Montana State Legislators shall have up to February 7, 2022, in which to file their Friend of the Court Brief.

3

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 28 2022